IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

ALAN DAVID McCORMACK,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, DIVISION OF ADULT
INSTITUTIONS, GARY HAMBLIN,
KATHRYN ANDERSON, DANIEL
WESTFIELD, ACCESS SECUREPAK,
J.L. MARCUS, INC., UNION SUPPLY DIRECT,
WALKENHORST'S, THOMAS GOZINSKE,
RENEE SCHUELER, KAREN GOURLIE,
WELCOME F. ROSE,
THE OFFICE OF THE SECRETARY,
WISCONSIN DEPARTMENT OF JUSTICE and
J.B. VAN HOLLEN,

    Defendants.

JUDGMENT IN A CIVIL CASE

12-cv-924-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered denying plaintiff leave to proceed on his claims that defendants violated the Sherman Act and the Fourteenth Amendment and dismissing this case for plaintiff's failure to state a claim. The court declines to exercise supplemental jurisdiction over plaintiff's state law claims.

_/s/ Peter Oppeneer_                              3/13/13
Peter Oppeneer, Clerk of Court                 Date